UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEIL ZLOZOWER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BIG EDITION, INC.,<br><br>　　　　　Defendant. | Case No.  23-cv-05379-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 8 |

Plaintiff advises that the parties have settled. Dkt. No. 8. Accordingly, all pending deadlines and appearances are vacated. On or before **January 22, 2024**, a dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **January 30, 2024 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **January 23, 2024** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: December 8, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge